

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00727-CV

**IN THE INTEREST OF M.J.P.** and **B.L.P.**, Children

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW1400122
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: December 17, 2025

DISMISSED

By letter dated November 12, 2025, appellant was instructed to pay the $205.00 filing fee for this appeal. Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. On November 20, 2025, this court ordered appellant to show cause in writing by December 1, 2025, that the filing fee had been paid. Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See id*. R. 5, 42.3(c). Appellant did not respond or pay the filing fee. Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id*.

PER CURIAM